**PARKER APPLIANCE COMPANY, a corporation, Appellant, v. IRVIN W. MASTERS, Inc., and Joseph C. Collins, doing business under the firm name and style of Collins Engineering Company, Appellee.**

No. 12848.

United States Court of Appeals
Ninth Circuit.

Dec. 21, 1951.

Lyon & Lyon Los Angeles, Cal. (Charles G. Lyon, Los Angeles, Cal., Will Freeman, W. M. Van Sciver and George E. Frost, all of Chicago, Ill., of counsel), for appellant.

Huebner, Beehler, Worrel & Herzig, Herbert A. Huebner and Vernon D. Beehler, all of Los Angeles, Cal., for appellee.

Before MATHEWS and STEPHENS, Circuit Judges, and McCORMICK, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed on the grounds and for the reasons stated in its opinion, D.C., 94 F.Supp. 72.

**UNITED STATES of America, Petitioner-Plaintiff-Appellee, v. TISHMAN REALTY & CONSTRUCTION COMPANY, Inc., Defendant-Appellant, and 49,375 Square Feet, More or Less, in the Borough of Manhattan, City and State of New York, and Metropolitan Life Insurance Company, City of New York, People of the State of New York, Defendants.**

No. 8, Docket 21984.

United States Court of Appeals
Second Circuit.

Argued Dec. 4, 1951.

Decided Jan. 2, 1952.

Proskauer, Rose, Goetz & Mendelsohn, New York City, Phillip W. Haberman, Jr., and Lauson H. Stone, New York City, of counsel, for appellant.

A. Devitt Vanech, Asst. Atty. Gen., Harry T. Dolan, Sp. Asst. to Atty. Gen., Roger P. Marquis and John C. Harrington, Attorneys, Department of Justice, Washington, D. C., for appellee.

Before SWAN, Chief Judge, L. HAND and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion below, 92 F.Supp. 384.